IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KOURTNEY E. PREWITT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-6290 |
| | : | |
| TRUIST BANK, et al. | : | |

**ORDER**

AND NOW, this 3rd day of September, 2026, upon consideration of Defendant Truist Bank's December 19, 2025 Motion to Dismiss Pursuant to Rule 12(b)(2) (ECF No. 23), the opposition to the Motion filed by Plaintiff Kourtney Prewitt (ECF No. 24), Truist's reply (ECF No. 25), and Prewitt's sur-reply (ECF No. 29), it is ORDERED Truist Bank's Motion (ECF No. 23) is DENIED. Truist Bank shall respond to the Plaintiff's Complaint on or before September 17, 2026.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.